# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRENCE GRAHAM, ) ) Plaintiff, ) ) v. ) ) AUSA JEROME MOSCHETTA, OFFICE ) OF THE DISTRICT ATTORNEY OF ) WASHINGTON COUNTY, PA, JASON ) M. WALSH and AARON M. ) GALLOGLY, ) ) Defendants. ) | CIVIL ACTION NO. **22-1704** |

## ORDER OF COURT

AND NOW this 28th day of March, 2025, for the reasons set forth in the Memorandum Opinion, it is hereby ORDERED that Graham's objections (ECF No. 87) to the R&R are overruled, the Court adopts the R&R (ECF No. 85) as the opinion of the Court, as supplemented by the memorandum opinion, and the Motion to Dismiss (ECF No. 66) filed by defendants is GRANTED. The amended complaint (ECF No. 55) is dismissed with prejudice as to the breach of contract claim, and without prejudice as to the First Amendment and Due Process claims. Any amended complaint shall be filed on or before May 1, 2025.

It is further ordered that Graham's objections (ECF No. 60) to the text order issued by the magistrate judge on June 18, 2024 (ECF No. 51) are denied.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record